UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Civil No. |
| BENJAMIN PETERSON | : ~~March 21~~, April 9, 2003 |

FILED
Apr 10  10 36 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

3:03cv650(AWT)

## STIPULATION OF DISMISSAL OF COMPLAINT

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff, the United States of America, and defendant, BENJAMIN PETERSON, Agree that the Complaint in the above-captioned matter is hereby dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

FOR THE DEFENDANT

_____
BENJAMIN PETERSON
Defendant

_____
FRANK J. LIBERTY
Federal Bar No. ct14089
Suisman, Shapiro, et al
Two Union Plaza, Suite 200
New London, CT 06320
(860) 442-4416

FOR THE UNITED STATES

_____
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
JONATHAN BIRAN
Federal Bar No. ct21922
ASSISTANT U.S. ATTORNEY
157 Church Street, 23rd Floor
New Haven, CT 06510
(203) 821-3700

00103925.WPD; v.

FILED 2005 OCT 28 P 3:22 DISTRICT COURT HARTFORD, CT

APPROVED and SO ORDERED.

_____
ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT   10/28/05